*UNITED STATES DISTRICT COURT*
*WESTERN DISTRICT OF TENNESSEE*
*WESTERN DIVISION*

| | |
|---|---|
| **MONIQUE ABELL,** | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| v. | |
| **PROGRESSIVE INSURANCE COMPANY, HOMESITE INSURANCE COMPANY OF THE MIDWEST, and, PROGRESSIVE HOME ADVANTAGE,** | **CASE NO: 11-2125-P** |
| Defendant. | |

**DECISION BY COURT.**  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Stipulated Order of Dismissal with Prejudice entered on October 31, 2011, this cause is hereby dismissed with prejudice.  **The costs of the court clerk shall be paid by the defendants and there shall be no award of discretionary costs.**

APPROVED:

s/ Tu M. Pham
TU M. PHAM
UNITED STATES MAGISTRATE JUDGE

October 31, 2011                              THOMAS M. GOULD
DATE                                          Clerk of Court

                                                 s/Sandra McClain
                                          (By)  Deputy Clerk